JS6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGHAN DOWNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A.C. VROMAN, INC., a California corporation; VROMAN'S ATRIUM, INC., a California corporation; VROMAN'S PLAZA, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-05919-FMO-GJS<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)</u><br><br>[28] |

      IT IS HEARBY ORDERED THAT, the parties Stipulated Request For Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) is Granted and DISMISSES this action with prejudice.

**IT IS SO ORDERED.**

DATED: 10/13/2021        By: /s/ FERNANDO M. OLGUIN
                                                United States District Court Judge